UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | CASE NO: 2:17-CR-0121-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AND QUASHING ARREST WARRANT |
| PEDRO SAENZ-GONZALEZ, | |
| Defendant. | |

BEFORE THE COURT is the government's Motion to Dismiss Indictment without Prejudice and Quash Arrest Warrant. ECF No. 9. The motion was submitted for consideration without oral argument. The Court has reviewed the motion and the file therein and is fully informed.

Pursuant to Fed. R. Crim. P. 48(a) the United States seeks to dismiss the Indictment filed on July 25, 2017, and quash the arrest warrant arising from the Indictment. For good cause shown, the motion is granted.

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AND QUASHING ARREST WARRANT ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss Indictment without Prejudice and Quash Arrest Warrant (ECF No. 9) is **GRANTED.**

2. The Indictment filed on July 25, 2017 (ECF No. 4), is **DISMISSED without prejudice**.

3. The arrest warrant issued on July 25, 2017 (ECF No. 7), is **QUASHED**.

4. The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service, and close the file.

DATED December 7, 2022.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AND QUASHING ARREST WARRANT ~ 2